RECEIVED
SEP 3 0 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FAHIM ABDUL SHAIKH, Petitioner | CIVIL ACTION NO. 1:19-CV-292-P |
| VERSUS | JUDGE DEE D. DRELL |
| CHARLES W. JEAN, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (Doc. 11) is GRANTED and Shaikh's Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED for lack of subject matter jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Shaikh's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 30 day of September, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE